United States Bankruptcy Court
Eastern District of New York

Howard M. Ehrenberg in his capacity as L,
   Plaintiff
Howard M. Schoor,
   Defendant

Adv. Proc. No. 20-08042-ast

# CERTIFICATE OF NOTICE

District/off: 0207-8     User: oeichhorn     Page 1 of 2
Date Rcvd: Oct 23, 2020     Form ID: pdf000     Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol   Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 25, 2020:**
NONE

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| ust | + Email/Text: ustpregion02.li.ecf@usdoj.gov | Oct 23 2020 18:12:00 | United States Trustee, Long Island Federal Courthouse, 560 Federal Plaza - Room 560, Central Islip, NY 11722-4456 |

TOTAL: 1

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| pla | | Howard M. Ehrenberg in his capacity as Liquidating |
| dft | | Howard M. Schoor |

TOTAL: 2 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Oct 25, 2020     Signature:     /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 23, 2020 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Donald F Campbell, Jr | on behalf of Defendant Howard M. Schoor dcampbell@ghclaw.com |
| Ilan D Scharf | on behalf of Plaintiff Howard M. Ehrenberg in his capacity as Liquidating Trustee of Orion Healthcorp Inc. ischarf@pszyjw.com, lcanty@pszjlaw.com |

District/off: 0207-8               User: oeichhorn                    Page 2 of 2
Date Rcvd: Oct 23, 2020            Form ID: pdf000                    Total Noticed: 1

Jeffrey P Nolan
    on behalf of Plaintiff Howard M. Ehrenberg in his capacity as Liquidating Trustee of Orion Healthcorp Inc. jnolan@pszjlaw.com,
    lcanty@pszjlaw.com

TOTAL: 3

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK

---------------------------------------- :
In re: : Chapter 11
 :
ORION HEALTHCORP, INC[1]. : Case No. 18-71748 (AST)
 :
_____Debtors._____ : (Jointly Administered)
 :
HOWARD M. EHRENBERG IN HIS CAPACITY :
AS LIQUIDATING TRUSTEE OF ORION : Adv. Pro. No. 20-08042 (AST)
HEALTHCORP, INC., *ET AL*., :
 :
                         Plaintiff, :
 :
v. :
 :
HOWARD M. SCHOOR, :
 :
                         Defendant. :
 :
---------------------------------------- :

### ORDER AND NOTICE OF ADJOURNMENT OF PRE-TRIAL CONFERENCE

The Court enters this Order in accordance with Federal Rule of Civil Procedure 16, as incorporated by Federal Rule of Bankruptcy 7016, and the hearing conducted on October 15, 2020.

1. The Pre-Trial Conference in the above-styled adversary proceeding has been adjourned and set for hearing on **January 21, 2021 at 10:00 a.m. (prevailing Eastern time),** before the Honorable Alan S. Trust, United States Bankruptcy Judge, in Courtroom 960 of the

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Orion Healthcorp, Inc. (7246); Constellation Healthcare Technologies, Inc. (0135); NEMS Acquisition, LLC (7378); Northeast Medical Solutions, LLC (2703); NEMS West Virginia, LLC (unknown); Physicians Practice Plus Holdings, LLC (6100); Physicians Practice Plus, LLC (4122); Medical Billing Services, Inc. (2971); Rand Medical Billing, Inc. (7887); RMI Physician Services Corporation (7239); Western Skies Practice Management, Inc. (1904); Integrated Physician Solutions, Inc. (0543); NYNM Acquisition, LLC (unknown) Northstar FHA, LLC (unknown); Northstar First Health, LLC (unknown); Vachette Business Services, Ltd. (4672); Phoenix Health, LLC (0856); MDRX Medical Billing, LLC (5410); VEGA Medical Professionals, LLC (1055); Allegiance Consulting Associates, LLC (7291); Allegiance Billing & Consulting, LLC (7141); New York Network Management, LLC (7168). The corporate headquarters and the mailing address for the Debtors listed above is 1715 Route 35 North, Suite 203, Middletown, NJ 07748.

United States Bankruptcy Court for the Eastern District of New York, 290 Federal Plaza, Central Islip, NY 11722.

    2.    Pursuant to Plaintiff's 7056-1(a) letter request for a pre-motion conference as part of Plaintiff's request to file a motion for summary judgment, as filed on October 9, 2020 [Docket No. 16], the Court directs the parties to file a Joint Statement of Disputed and Undisputed Material Facts on or before January 14, 2021.

    3.    Counsel for Plaintiff was directed to prepare the order.

    4.    The Clerk of the Court shall serve this Order on all parties.



**Dated: October 23, 2020**
**Central Islip, New York**

_____
**Alan S. Trust**
**Chief United States Bankruptcy Judge**

DOCS_LA:333178.1 65004/003