

LOS ANGELES, CA
SAN FRANCISCO, CA
WILMINGTON, DE
NEW YORK, NY

10100 SANTA MONICA BLVD.
13th FLOOR
LOS ANGELES
CALIFORNIA 90067

**TELEPHONE: 310/277 6910**

FACSIMILE: 310/201 0760

Jeffrey P. Nolan     January 19, 2021     jnolan@pszjlaw.com

The Honorable Alan S. Trust
United States Bankruptcy Court
Eastern District of New York
Alfonse M. D'Amato Federal Courthouse
290 Federal Plaza
Central Islip, New York 11722

       Re:    **In re: Orion HealthCorp, Inc., et al.**
                 **Howard M. Ehrenberg v. Howard M. Schoor**
                 **Adv. Proc. No. 20-08042-AST**

Dear Judge Trust:

     On October 9, 2020, Plaintiff issued a letter request for a pre-motion conference as part of the Trustee's request for permission to file a motion for summary judgment.

     At the case management hearing held in this adversary on November 21, 2020, the Court directed the parties to submit a joint statement of facts in preparation for the Case Management Conference.

     Counsel for Plaintiff and Defendant met in good faith and submit the following Joint Statement of Stipulated Facts outlining the basic fact pattern.

                          Very truly yours,

                          */s/ Jeffrey P. Nolan*

                          Jeffrey P. Nolan

JPN:rlm

cc:    Donald F. Campbell, Jr., Esq. (Via ECF)
        (Counsel for Defendant, Howard M. Schoor)

**SAN FRANCISCO**
150 CALIFORNIA STREET
15th FLOOR
SAN FRANCISCO
CALIFORNIA 94111-4500

**TELEPHONE: 415/263 7000**
FACSIMILE: 415/263 7010

**DELAWARE**
919 NORTH MARKET STREET
17th FLOOR
P.O. BOX 8705
WILMINGTON
DELAWARE 19899-8705

**TELEPHONE: 302/652 4100**
FACSIMILE: 302/652 4400

**NEW YORK**
780 THIRD AVENUE
36th FLOOR
NEW YORK
NEW YORK 10017-2024

**TELEPHONE: 212/561 7700**
FACSIMILE: 212/561 7777

DOCS_LA:335178.2 65004/003