

**PACHULSKI STANG ZIEHL JONES**

LAW OFFICES
LIMITED LIABILITY PARTNERSHIP

LOS ANGELES, CA
SAN FRANCISCO, CA
WILMINGTON, DE
NEW YORK, NY

10100 SANTA MONICA BLVD.
13th FLOOR
LOS ANGELES
CALIFORNIA 90067

**TELEPHONE: 310/277 6910**

FACSIMILE: 310/201 0760

SAN FRANCISCO
150 CALIFORNIA STREET
15th FLOOR
SAN FRANCISCO
CALIFORNIA 94111-4500

**TELEPHONE: 415/263 7000**

FACSIMILE: 415/263 7010

DELAWARE
919 NORTH MARKET STREET
17th FLOOR
P.O. BOX 8705
WILMINGTON
DELAWARE 19899-8705

**TELEPHONE: 302/652 4100**

FACSIMILE: 302/652 4400

NEW YORK
780 THIRD AVENUE
36th FLOOR
NEW YORK
NEW YORK 10017-2024

**TELEPHONE: 212/561 7700**

FACSIMILE: 212/561 7777

Jeffrey P. Nolan

January 29, 2021

jnolan@pszjlaw.com

The Honorable Alan S. Trust
United States Bankruptcy Court
Eastern District of New York
Alfonse M. D'Amato Federal Courthouse
290 Federal Plaza
Central Islip, New York 11722

> Re:   **In re: Orion HealthCorp, Inc.,** *et al.*
> **Howard M. Ehrenberg v. Howard Schoor**
> **Adv. Proc. No. 20-08042-AST**

Dear Judge Trust:

We are counsel for Howard M. Ehrenberg in his capacity as Liquidating Trustee of Orion Healthcorp, Inc., *et al.* (the "Liquidating Trustee") in the above referenced adversary proceeding.

At the most recent hearing, the Court requested the parties set forth a briefing schedule for Plaintiff's Motion For Summary Judgment which the Court set for hearing on **March 16, 2021, at 10:00 am**. **(prevailing Eastern time),** before the Honorable Alan S. Trust, United States Bankruptcy Judge, Courtroom 960 of the United States Bankruptcy Court for the Eastern District of New York, 290 Federal Plaza, Central Islip, NY 11722.

| | |
|---|---|
| Plaintiff's Motion due: | February 17, 2021 |
| Defendant's Opposition due: | March 2, 2021 |
| Plaintiff's Reply (if any): | March 9, 2021 |

Pursuant to the statements on the record, Defendant's oral request for a 10 day extension of close of fact discovery was granted to February 3, 2021, and all dates under the scheduling order are adjusted 10 days later accordingly.

The Liquidating Trustee will cause this letter to be served on the Office of the United States Trustee and all other parties entitled to receive notice.

DOCS_LA:335585.1 65004/003



PACHULSKI

STANG

ZIEHL

JONES

LAW OFFICES

January 29, 2021
Page 2

Very truly yours,

*/s/ Jeffrey P. Nolan*

Jeffrey P. Nolan

JPN:lsc

cc:  Donald F. Campbell, Jr., Esq. (Via ECF)
     (Counsel for Defendant)