Prepared by:
Donald F. Campbell, Jr., Esq. (DC8924)

**GIORDANO, HALLERAN & CIESLA, P.C.**
125 Half Mile Road, Suite 300
Red Bank, N.J. 07701
Tel: (732) 741-3900
Fax: (732) 224 6599
dcampbell@ghclaw.com
Attorneys for Defendant

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br>ORION HEALTH CORP. INC.<br>　　　　　Debtors. | Chapter 11<br><br>Case No.   18-71748 (AST)<br>(Jointly Administered) |
| HOWARD M. EHRENBERG IN HIS CAPACITY AS LIQUIDATING TRUSTEE OF ORION HEALTHCORP, INC., ET AL.,<br>　　　　　Plaintiff,<br>v.<br>HOWARD M. SCHOOR,<br>　　　　　Defendant. | Adversary No. **20-08042 (ast)** |

**CERTIFICATION OF SERVICE**

1.  I, Deirdre Rice:

    ☐ represent _____, the Defendant in the above-captioned matter.

    ☒ am the secretary/paralegal for Giordano, Halleran & Ciesla, P.C. , who represents the Defendant, Howard M. Schoor. in the above captioned matter.

    ☐ am the _____ in the above case and am representing myself.

2.  On March 2, 2021 I sent a copy of the following pleadings and/or documents to the parties listed in the chart below:

- *DEFENDANT'S BRIEF IN OPPOSITION TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT, OR IN THE ALTERNATIVE, SUMMARY ADJUDICATION*
- *CERTIFICATION OF SERVICE*

I hereby certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Dated: March 2, 2021

                                */s/     Deirdre Rice*
                                Deirdre Rice, Paralegal

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Jeffrey P Nolan, Esq.<br>Pachulski Stang Ziehl & Jones LLP<br>780 Third Avenue<br>34th Floor<br>New York, NY 10017<br>Email: jnolan@pszjlaw.com | Plaintiff's Counsel | ☐ Overnight mail<br>☐ Regular mail<br>☐ Certified mail/RRR<br>☒ E-mail jnolan@pszjlaw.com<br>☒ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the court *) |
| Ilan D Scharf, Esq.<br>Pachulski Stang Ziehl & Jones LLP<br>780 Third Avenue<br>36th Floor<br>New York, NY 10017 | Plaintiff's Counsel | ☐ Overnight mail<br>☐ Regular mail<br>☐ Certified mail/RRR<br>☒ E-mail ischarf@pszyjw.com<br>☒ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the court *) |
| U.S. Trustee<br>United States Trustee<br>Long Island Federal Courthouse<br>560 Federal Plaza - Room 560<br>Central Islip, NY 11722-4437 | U.S. Trustee | ☐ Overnight mail<br>☐ Regular mail<br>☐ Certified mail/RRR<br>☐ E-mail<br>☒ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the court *) |

Docs #4936063-v1