UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: | Chapter 11 |
| ORION HEALTHCORP, INC[1]. | Case No. 18-71748 (AST) |
| Debtors. | (Jointly Administered) |
| HOWARD M. EHRENBERG IN HIS CAPACITY AS LIQUIDATING TRUSTEE OF ORION HEALTHCORP, INC., ET AL., | Adv. Pro. No. 20-08042 (AST) |
| Plaintiff, | |
| v. | |
| HOWARD M. SCHOOR, | |
| Defendant. | |

### NOTICE OF ADJOURNMENT OF HEARING TO ISSUE RULING ON PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT, OR IN THE ALTERNATIVE, SUMMARY ADJUDICATION AS AGAINST DEFENDANT HOWARD SCHOOR

**PLEASE TAKE NOTICE** that the hearing to issue a ruling on *Plaintiff's Motion for Summary Judgment, or in the Alternative, Summary Adjudication as Against Defendant Howard Schoor* [Docket No. 27] (the "Motion"), which was previously set for May 26, 2021 at 10:00 a.m. (prevailing Eastern Time), has been adjourned to **June 3, 2021 at 11:00 a.m. (prevailing Eastern Time)** before the Honorable Alan S. Trust, United States Bankruptcy Judge, in

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Orion Healthcorp, Inc. (7246); Constellation Healthcare Technologies, Inc. (0135); NEMS Acquisition, LLC (7378); Northeast Medical Solutions, LLC (2703); NEMS West Virginia, LLC (unknown); Physicians Practice Plus Holdings, LLC (6100); Physicians Practice Plus, LLC (4122); Medical Billing Services, Inc. (2971); Rand Medical Billing, Inc. (7887); RMI Physician Services Corporation (7239); Western Skies Practice Management, Inc. (1904); Integrated Physician Solutions, Inc. (0543); NYNM Acquisition, LLC (unknown) Northstar FHA, LLC (unknown); Northstar First Health, LLC (unknown); Vachette Business Services, Ltd. (4672); Phoenix Health, LLC (0856); MDRX Medical Billing, LLC (5410); VEGA Medical Professionals, LLC (1055); Allegiance Consulting Associates, LLC (7291); Allegiance Billing & Consulting, LLC (7141); New York Network Management, LLC (7168). The corporate headquarters and the mailing address for the Debtors listed above is 1715 Route 35 North, Suite 203, Middletown, NJ 07748.

2

Courtroom 960 of the United States Bankruptcy Court for the Eastern District of New York, 290 Federal Plaza, Central Islip, NY 11722.

Dated: New York, New York
       May 25, 2021

                 */s/ Jeffrey P. Nolan*
                 Ilan D. Scharf, Esq.
                 Jeffrey P. Nolan, Esq. (admitted *pro hac vice*)
                 PACHULSKI STANG ZIEHL & JONES LLP
                 780 Third Avenue, 34th Floor
                 New York, New York 10017
                 Telephone: (212) 561-7700
                 Facsimile: (212) 561-7777

                 Counsel for the Plaintiff,
                 Howard M. Ehrenberg in his capacity as
                 Liquidating Trustee of Orion Healthcorp, Inc., *et al*.

# CERTIFICATE OF SERVICE

STATE OF NEW JERSEY        )
                                        )    ss.:
COUNTY OF SOMERSET    )

I, La Asia S. Canty, am over the age of eighteen years, and am employed by Pachulski Stang Ziehl & Jones LLP. I am not a party to the within action; my business address is 780 Third Avenue, 34th Floor, New York, New York 10017-2024.

On May 25, 2021, I caused a true and correct copy of the following document to be served via electronic mail and First Class US Mail upon the parties set forth on the service list annexed hereto as **Exhibit 1**:

> *Notice of Adjournment of Hearing to Issue Ruling on Plaintiff's Motion for Summary Judgment, or in the Alternative, Summary Adjudication as Against Defendant Howard Schoor.*

                                                                                      */s/ La Asia S. Canty*
                                                                                        La Asia S. Canty

# **EXHIBIT 1**

Donald F Campbell, Jr
Giordano Halleran & Ciesla
125 Half Mile Road
PO Box 190
Middletown, NJ 07748
Email: dcampbell@ghclaw.com

*Attorney for Defendant Howard Schoor*