United States Bankruptcy Court

Eastern District of New York

Howard M. Ehrenberg in his capacity as L,

    Plaintiff

Howard M. Schoor,

    Defendant

Adv. Proc. No. 20-08042-ast

# CERTIFICATE OF NOTICE

District/off: 0207-8                          User: admin                          Page 1 of 1

Date Rcvd: May 27, 2021                  Form ID: pdf000                  Total Noticed: 1

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 29, 2021:**

NONE

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**

Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| ust | + Email/Text: ustpregion02.li.ecf@usdoj.gov | May 27 2021 18:32:00 | United States Trustee, Long Island Federal Courthouse, 560 Federal Plaza - Room 560, Central Islip, NY 11722-4456 |

TOTAL: 1

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 29, 2021                  Signature:        /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 27, 2021 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Donald F Campbell, Jr | on behalf of Defendant Howard M. Schoor dcampbell@ghclaw.com |
| Ilan D Scharf | on behalf of Plaintiff Howard M. Ehrenberg in his capacity as Liquidating Trustee of Orion Healthcorp  Inc. ischarf@pszyjw.com, lcanty@pszjlaw.com |
| Jeffrey P Nolan | on behalf of Plaintiff Howard M. Ehrenberg in his capacity as Liquidating Trustee of Orion Healthcorp  Inc. jnolan@pszjlaw.com, lcanty@pszjlaw.com |

TOTAL: 3

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK

---------------------------------------------------------------x

|  |  |  |
|---|---|---|
| In re: | : | Chapter 11 |
|  | : |  |
| Orion HealthCorp, Inc., *et al.* | : | Case No. 18-71748-67 (AST) |
|  | : | Case No. 18-71789 (AST) |
|  | : | Case No. 18-74545 (AST) |
| Debtors. | : | (Jointly Administered) |
|  | : |  |

---------------------------------------------------------------x

|  |  |  |
|---|---|---|
| Howard M. Ehrenberg in his capacity as Liquidating | : |  |
| Trustee of Orion Healthcorp, Inc., *et al.*, | : |  |
|  | : | Adv. Pro. No. 20-08042 (AST) |
| Plaintiffs, | : |  |
| v. | : |  |
|  | : |  |
| Howard M. Schoor, | : |  |
|  | : |  |
| Defendant. | : |  |

---------------------------------------------------------------x

**ORDER SETTING STATUS CONFERENCE BY VIDEO CONFERENCE
AND ESTABLISHING RELATED DEADLINES**

In accordance with Eastern District of New York Administrative Order No. 2020-22 et seq. re: Restrictions on Visitors to Courthouses, and in order to protect the health and safety of the public, Judge Trust is adopting the following video conference procedures, and **ORDERS** as follows:

Pending before the Court is the Ruling Conference regarding Plaintiff's Motion for Summary Judgment [Dkt. No. 27] in the above captioned case ("the Matter").

1.   **MEDIATION**.  [NOT APPLICABLE].

2.   **HEARING AND ALLOCATION OF TIME**.  The Court will hold the status hearing on the Matter by video conference on **June 3, 2021 commencing at 11:00 a.m.** **(the "Hearing")** at United States Bankruptcy Court, Eastern

District of New York, Courtroom 960, 290 Federal Plaza, Central Islip, New York 11722**.**

3.    **VIDEO CONFERENCE**. The Hearing will take place on the ZOOM platform, which provides for full video conference capacity as well as for separate audio only capacity. The following is the link for the attendance at the Hearing:

Thursday, June 3, 2021
11:00 am | Eastern Daylight Time (New York, GMT-04:00) | 4 hrs
Join by meeting link

https://www.zoomgov.com/j/16177601614?pwd=Z2dQekJPVml5TGYvUU52cFFKaEIyZz09

Meeting ID: 161 7760 1614
Passcode: 6277
One tap mobile
+16692545252,,16177601614# US (San Jose) 16468287666,,16177601614# US +(New York)

Dial by your location
    +1 669 254 5252 US (San Jose)
    +1 646 828 7666 US (New York)
    +1 551 285 1373 US
    +1 669 216 1590 US (San Jose)

All counsel shall register for the Hearing and conduct a pre-hearing test of the Zoom platform using the same equipment that they intend to use during the Hearing, no later than **two (2) business days** before the Hearing; this test shall not be with the Court. In addition, all parties are to log in or dial in to the Hearing no less than **thirty (30) minutes** prior to the Hearing, and place their audio lines on mute. Please consult your IT personnel if you have any problems registering or logging in for the Hearing. For additional help see information posted on Judge Trust's procedures web page.

4.    **PRIOR NOTICE OF INTENT TO PARTICIPATE; LIMIT ON PARTICIPATION BY VIDEO; TELEPHONE PARTICIPATION**. In addition to registering for the Hearing, all persons wishing to participate in the Hearing by video shall send an email to ast_hearings@nyeb.uscourts.gov at least **two (2) business days** in advance of the Hearing to identify the parties that will appear. Such email shall state in the Re section the adversary and/or main case

number(s) in which the party(s) shall participate, and the date of the Hearing; the body of the email shall include the full name and electronic mail address of the proposed participant(s) and the party(s) represented, and whether the party shall appear by audio only or by audio and video. The parties are directed to limit video conference participation to those who are necessary to address the Matters. If the number of persons wishing to participate in the video conference, in the Court's view, exceeds the number which would permit the efficient, stable, and reliable transmission of the Hearing by video conference, the Court may require that certain persons be permitted to participate in the Hearing only by audio. **Only the Parties who have timely filed papers in connection with the Matter and who timely and fully comply with this Order may participate in the Hearing.**

5.     <u>**CONDUCT DURING HEARING**</u>.

Although conducted using video conferencing technology, the Hearing is a court proceeding. The formalities of the courtroom shall be strictly observed. Counsel who appear on the video shall dress appropriately, exercise civility, and otherwise conduct themselves in a manner consistent with the dignity of the Court. In the interest of public safety, counsel are directed to refrain from participating either by audio or video while operating a vehicle. At all times when not addressing the Court, counsel are directed to place the connection on "mute" to prevent background noise from being heard. When speaking, you must announce who you are each time before speaking, speak up and enunciate so that you can be heard and understood. In addition, the parties are to avoid the use of a speaker phone (use a landline if possible).

The Court reserves the right to remove from the Hearing any participant who fails to observe the formalities and decorum of the courtroom by disconnecting his or her line and/or video feed after due warning by either Judge Trust or his Courtroom Deputy. Such person will not be permitted reentry for the remainder of the Hearing.

6.     <u>**RECORDING PROHIBITED; OFFICIAL RECORD**</u>. No person may record the proceedings from any location by any means. The audio recording maintained by the Court shall be the sole basis for creation of a transcript that constitutes the official record of the Hearing.

7.     <u>**SETTLEMENT**</u>. [NOT APPLICABLE].

9.     <u>**SANCTIONS**</u>. [NOT APPLICABLE]

10.    <u>**CONTINUANCES**</u>. Continuances of the Hearing or any deadlines set forth in this Order must be requested by written motion. Any request for continuance or

amendment to this order shall set forth the status of discovery and shall state the reasons why the party or parties seek a continuance.

11.  **<u>SERVICE:</u>** The Liquidating Trustee shall serve a copy of this Order on all appropriate parties within **<u>two (2) business days</u>** following entry of this Order, and file a certificate of service thereof within **<u>two (2) business days</u>** thereafter, as required by this Court's Local Rules.



**Dated: May 27, 2021**
       **Central Islip, New York**

      **Alan S. Trust**
**Chief United States Bankruptcy Judge**